JOHN TAYLOR *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 125 Conn. App. 624 (AC 30464), is denied.

*James M. Ralls,* senior assistant state's attorney, in support of the petition.

*Lauren Weisfeld,* senior assistant public defender, in opposition.

Decided February 1, 2011

JASON GASTON *v.* COMMISSIONER OF CORRECTION

The petitioner Jason Gaston's petition for certification for appeal from the Appellate Court, 125 Conn. App. 553 (AC 31068), is denied.

*W. Theodore Koch III,* special public defender, in support of the petition.

*Bruce R. Lockwood,* senior assistant state's attorney, in opposition.